ORIGINAL

## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name __MOON__      __ADRIAN__

(Last)           (First)          $50

Prisoner Number __AF0335  A-2   223 L__

Institutional Address __N.K.S.P.   2737 West Cecil ave/ P.O. BOX 5000__

__Delano, Ca.   93216-5000__

LODGED
CLERK, U.S. DISTRICT COURT
FEB 2 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

CV12-01514  (MLG)

ADRIAN MOON, ET AL

vs.        Plaintiffs,

MICHAEL JOHNSON , ET AL

Defendants,

Does 1 through 200, inclusive,

Case No. _____
(To be provided by the clerk of court)
"VERIFIED" (Class Action)
COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983
(supra, § I Ku klux klan Act 1871)

Related cases:
CV 11 - 10806 – CAS (MLG)

*[All questions on this complaint form must be answered in order for your action to proceed.]*

1.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 1 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

A.   Place of present confinement __North Kern State Prison__

B.   Is there a grievance procedure in this institution?

YES (X)      NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

YES (X)      NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                          (1)

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ___**see verified complaint**___

2. First formal level___ **see verified complaint** ___

3. Second formal level___ **see verified complaint** ___

4. Third formal level __**see verified complaint**__

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES (**X**)      NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain

why.

2.    Parties

A. **PLAINTIFFS:**    Adrian Moon , African am.,    Plaintiffs named and unamed still incarcerated in the Los Angeles County jail, being criminally litigated at C.C.B. civil and criminal courts and any pending related related cases , Court shall take Judicial notice of.

B. **DEFENDANTS:**    All named defendants and Does 1 through 200, inclusive shall be grieved as in their official capacity and as individuals. Defendants are named in pages 3 through  respectively. Court to take judicial notice of cases no. CV 03277-EFB, and CV 00096-GSA-PC, in the Eastern Dist., Sac, Fresno, respectively.

COMPLAINT                    (2)

1.  Defendant    MICHAEL JOHNSON                         resides or works at
    <u>(full name of first defendant)</u>
    III North Hill Street, LA CA 90012
    <u>(full address of first defendant)</u>
    Judicial Officer
    <u>(defendant's position and title, if any)</u>

— The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Person whom state is responsible, private party whose authorized to exercise state authority

2.  Defendant    Barbara Johnson                         resides or works at
    <u>(full name of first defendant)</u>
    III North Hill Street LA CA 90012
    <u>(full address of first defendant)</u>
    Judicial officer
    <u>(defendant's position and title, if any)</u>

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Person whom the state is responsible, private party whose authorized to exercise state authority

3.  Defendant    Leslie A. Swain                         resides or works at
    <u>(full name of first defendant)</u>
    III North Hill Street LA CA 90012
    <u>(full address of first defendant)</u>
    Judicial officer
    <u>(defendant's position and title, if any)</u>

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom the state is responsible, private party whose authorized to exercise state authority

CIVIL RIGHTS COMPLAINT

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

**6** Defendant  DANIEL BAKER _____ resides or works at
(full name of first defendant)

210 WEST TEMPLE ST LA CA 90012
(full address of first defendant)

Deputy District Attorney
(defendant's position and title, if any)

— The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

Person whom state is responsible, private
party whose authorized to exercise state authority

**7.** Defendant  Craig Mitchell _____ resides or works at
(full name of first defendant)

111 North Hill Street LA CA 90012
(full address of first defendant)

Judicial Officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

Person whom state is responsible, private party
whose authorized to exercise state authority

**8.** Defendant  Captain (First name unknown) CRUZ resides or works at
(full name of first defendant)

441 Bauchet Street LA CA 90012
(full address of first defendant)

Sheriff Los Angeles County
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

Person whom state is responsible, private party
whose authorized to exercise state authority

CIVIL RIGHTS COMPLAINT

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

9.    Defendant    Charles Edward Simpson    resides or works at
(full name of first defendant)
300 EAST WALNUT STREET, Pasadena CA 91101
(full address of first defendant)
Judicial Officer
(defendant's position and title, if any)

— The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
person whom state is responsible, a private person authorized to exercise state authority.

10.    Defendant    Christopher Darden    resides or works at
(full name of first defendant)
5757 Century blvd #600 LA CA 90045
(full address of first defendant)
Attorney
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
person whom state is responsible, a private person authorized to exercise state authority

11.    Defendant    LEO JAMES Terrell    resides or works at
(full name of first defendant)
8383 Wilshire blvd #920, Beverly Hills CA 90210
(full address of first defendant)
Attorney
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
person whom state is responsible, a private person authorized to exercise state authority

CIVIL RIGHTS COMPLAINT

12. Defendant ___Charles Hinton___ resides or works at
(full name of first defendant)
___441 Bauchet Street LA CA 90012___
(full address of first defendant)
___Correctional Officer___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
___Person whom the State of CALIFORNIA is responsible___
___a private person who is authorized to exercise State authority___

13. Defendant ___John Williams, JR___ resides or works at
(full name of first defendant)
___1780 NAVARRO STREET Pasadena CA-91103___
(full address of first defendant)
___License attorney___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
___Person whom the state is responsible, a private person___
___who is authorized to exercise state authority___

(7)

CIVIL RIGHTS COMPLAINT

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

14. Defendant **Madeine Chang** resides or works at
(full name of first defendant)
**P.O Box        ALtHAMBRA, CA**
(full address of first defendant)
**License Attorney**
(defendant's position and title, if any)

— The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
**Person whom the state is responsible, a private person who is authorized to exercise state authority**

15. Defendant **Sgt (FIRST NAME UNKNOWN) BERRY** resides or works at
(full name of full defendant)
**441 Bauchet Street LA CA 90012**
(full address of first defendant)
**Sheriff**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
**Person whom the state is responsible, a private person who is authorized to exercise state authority**

16. Defendant **REGGIE STEWART** resides or works at
(full name of first defendant)
**1146 North Central Ave #433, Glendale CA 91202**
(full address of first defendant)
**Private Investigator**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
**Person whom the state is responsible, a private person who is authorized to exercise state authority**

CIVIL RIGHTS COMPLAINT

14. Defendant ___GLENN SESSION___ resides or works at
(full name of first defendant)

1183 Monterey RD South Pasadena
(full address of first defendant)

Notary public, real Estate broker
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

Person state is responsible for a private person who is authorized to exercise state authority

15. Defendant ___FRANK Fugimoto___ resides or works at
(full name of first defendant)

210 WEST TEMPLE STREET, LA CA 90012
(full address of first defendant)

Public Defender
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

Explain how this defendant was acting under color of law:

Person state is responsible, a private person authorize to exercise state authority.

(9)

CIVIL RIGHTS COMPLAINT

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1] Defendant    FRANK Mackey    resides or works at
(full name of first defendant)

(full address of first defendant)
Private Investigator
(defendant's position and title, if any)

— The defendant is sued in his/her (Check one or both): ☑individual    ☑official capacity.

Explain how this defendant was acting under color of law:
Person whom State is responsible, a private person who is authorized to exercise State authority

2] Defendant    Ulric Usher    resides or works at
(full name of first defendant)
530 WEST LANCASTER BWD, LANCASTER, CA 93534
(full address of first defendant)
Attorney
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual    ☑official capacity.

Explain how this defendant was acting under color of law:
person whom state is responsible, a private person authorized to exercise state authority.

2] Defendant    ANTHONY TAM    resides or works at
(full name of first defendant)
234 EAST Colorado blvd #712, Pasadena, CA 91101
(full address of first defendant)
Attorney
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual    ☑official capacity.

Explain how this defendant was acting under color of law:
A private person authorized to exercise state authority defendant who is willful participant in joint activity with State.

(10)

CIVIL RIGHTS COMPLAINT
CV-66 (7/97)

22. Defendant _Frances Rothschild_ resides or works at
(full name of first defendant)

_300 South Spring Street 2nd Floor LA CA 90012_
(full address of first defendant)

_Judicial Officer_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

_Person whom state is responsible for, defendant who is willful participant in joint activity with state_

23. Defendant _P.J. BOREN_ resides or works at
(full name of first defendant)

_300 South Spring Street 2nd Flor LA CA 90012_
(full address of first defendant)

_Judicial Officer_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

_Person whom state is responsible, defendant who is willful participant in joint activity with State_

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

2.4.    Defendant    Mark Elliott Aronson_____ resides or works at
        (full name of first defendant)
        444 W. 6th Street LA CA 90016
        (full address of first defendant)
        Licence Attorney
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

Private Person who is authorized to exercise state authority.

3.5.    Defendant    John Boddie_____ resides or works at
        (full name of first defendant)
        926 LA CANADA VERDUGO RD Altadena CA 9001
        (full address of first defendant)
        Private person, Los Angeles Police Detective
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

a Private Person who is authorized to exercise state authority

2.6.    Defendant    Dennis Watters_____ resides or works at
        (full name of first defendant)
        LANCASTER, CA.
        (full address of first defendant)
        Los Angeles Sheriff Detective
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

defendant who is willful participant in joint act-ivity with the State or it's agent though not an officer of State.

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

27.    Defendant    _Rhona Slusher_____ resides or works at
(full name of first defendant)

_2508 Canyada St Altadena CA 91001_
(full address of first defendant)

_little officen_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:
a private person who is defendant who is willful participant in joint activity with the State or agents

28.    Defendant    _Juanita GARBUTT_____ resides or works at
(full name of first defendant)

_2508 Canyada St Altadena CA 91001_
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:
defendant who is willful participant in joint activity with the State or its agent though not an officer of state

29.    Defendant    _JOYCE ISAACS_____ resides or works at
(full name of first defendant)

_443 EAST WOODBURY RD Altadena CA 91001_
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☒ official capacity.

Explain how this defendant was acting under color of law:
defendant who is willful participant in joint activity with the State or its agent though not an agent of the State

(13)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than

3 0.    Defendant    **Elihu M. BERLE**    resides or works at
(full name of first defendant)

111 North Hill St / LA CA 90012- {g. 1 }
(full address of first defendant)

Judicial officer, courts
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

Person whom State is responsible, a private
person who is authorized to exercise state authority

3 l.    Defendant    **Claudette Lott**    resides or works at
(full name of first defendant)

726 LA CANADA VERDUGO RD Altadena CA 91001
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

defendant who is willful participant in joint
activity with State or its agent, though not an officer
of the state

3 2.    Defendant    **Edmon Lee Smalley**    resides or works at
(full name of first defendant)

111 North Hill Street LA CA 90012
(full address of first defendant)

Judicial officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

person who State is responsible, a private
person who is authorized to exercise state
authority

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

33. Defendant    _JOHN EARL CARLSON_____ resides or works at
    (full name of first defendant)
    15 233 VENTURA blvd #100, Sherman oaks CA 91403
    (full address of first defendant)
    licensed attorney
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom State is responsible, a private
person who is authorized to exercise State authority

34. Defendant    Mary Ann Murphy_____ resides or works at
    (full name of first defendant)
    111 North Hill St LA CA 90012, Dept 25
    (full address of first defendant)
    Judicial Officer/courts
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom State is responsible, a private
person who is authorized to exercise state
authority.

35. Defendant    Yvette Palazuelos_____ resides or works at
    (full name of first defendant)
    111 N Hill St LA CA 90012 Dept 29
    (full address of first defendant)
    Judicial officer
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom State is responsible, a private person
who is authorized to exercise state authority

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than

36.  Defendant  _Richard Rico_____  resides or works at
(full name of first defendant)
_111 N Hill St LA CA 90012 Dept 19_____
(full address of first defendant)
_Judicial Officer | Courts_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
_Person whom State is responsible, a private_
_person who is authorized to exercise state authority_

37.  Defendant  _Scott Gordon_____  resides or works at
(full name of first defendant)
_111 N Hill Street LA CA 90012 Dept 88_____
(full address of first defendant)
_Judicial Officer | Court_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
_A private person who is authorized to exercise state_
_authority. Person whom state is responsible._

38.  Defendant  _Rudolph Diaz_____  resides or works at
(full name of first defendant)
_111 North Hill St LA CA 90012_____
(full address of first defendant)
_Judicial Officer | Courts_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
_A private person who is authorized to exercise_
_state authority. person who is state responsible_

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

39.   Defendant   Richard Fruin Trit
      (full name of first defendant)                                                resides or works at
      111 North St LA CA 90012
      (full address of first defendant)
      Judicial Officer | court
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
A private Person who is authorized to exercise
State authority, Person whom state is responsible

40.   Defendant   TRENT LEWIS
      (full name of first defendant)                                                resides or works at
      11 North Hill St LA CA 90012 Dept 13
      (full address of first defendant)
      Judicial Officer | court
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
A private Person who is authorized to exercise
State authority, person whom state is responsible

41 B.   Defendant   Patricia Nieto
        (full name of first defendant)                                              resides or works at
        111 North Hill St LA CA 90012
        (full address of first defendant)
        Judicial Officer | court
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
A private person who is authorized to exercise
State authority, person whom state is responsible

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

4. Defendant   __Rand Harris_____   resides or works at
(full name of first defendant)

2650 Riverside Drive 100, North Hollywood CA 91607
(full address of first defendant)

License Attorney
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

defendant who is willful participant in joint activity with State or its agent, though not an officer of State

42. Defendant   __Ronald A. Rose_____   resides or works at
(full name of first defendant)

210 WEST TEMPLE St LA CA 90012, Dept 84
(full address of first defendant)

Judicial official | court
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

person whom state is responsible, a private person who is authorized to exercise state authority

44. Defendant   __David GAPPY_____   resides or works at
(full name of first defendant)

111 North Hill Street LA CA 90012, Dept 96
(full address of first defendant)

Judicial Officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

person whom state is responsible, a private person, who is authorized to exercise state authority.

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

41.    Defendant    _ROLF TREU_
(full name of first defendant)    resides or works at

_111 North Hill Street LA CA 90012 Dept 58_
(full address of first defendant)

_Judicial Officer 1 court_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
_Person whom State is responsible for a private_
_person who is authorized to exercise state authority_

42.    Defendant    _Kathleen Herrera_
(full name of first defendant)    resides or works at

_TORRENCE, CA_
(full address of first defendant)

_trustee_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
_person who is authorized to exercise state authority_
_defendant who is willful participant in joint activity_
_with state or it's agent._

43.    Defendant    _GRANNIE MURRAY_
(full name of first defendant)    resides or works at

_2710 WEST TEMPLE ST LA CA 90026_
(full address of first defendant)

_Los Angeles Police Detective_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
_person who is authorized to exercise state_
_authority, defendant who is willful participant_
_in joint activity with state or it's agent_

(19)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

48.  Defendant  **Daniel Yourist** _____ resides or works at
(full name of first defendant)

_5672 Cevarga Ave #252, Woodland Hills Ca 91367_
(full address of first defendant)

_License attorney_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

_defendant who is willful participant joint activity_
_with State or its agent though not an official of State_

49.  Defendant  **Bradley Yourist** _____ resides or works at
(full name of first defendant)

_5672 Cevarga Ave #50, Woodland Hills Ca 91367_
(full address of first defendant)

_License attorney_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

_a private person who is willful participant in joint_
_activity with State or its agent though not an officer_
_of State_

50.  Defendant  **Peter Rosanthal** _____ resides or works at
(full name of first defendant)

_Glendale, CA_
(full address of first defendant)

_Real Estate Broker_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

_a private person, defendant who is willful participant_
_in joint activity with State or its agent through_
_not an officer of State, person whom state is required_

NOTE:     You need not name more than one defendant or allege more than one claim. If you are naming more than
          five (5) defendants, make a copy of this page to provide the information for additional defendants.

51.   Defendant   _Michael Hayes_____   resides or works at
                  (full name of first defendant)

      _____
      (full address of first defendant)

      _____
      (defendant's position and title, if any)

      The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

      Explain how this defendant was acting under color of law:
      _defendant who is a official participant in joint activity with_
      _the State or Agent, a private person who authorized to exercise_
      _____ State authority._

52.   Defendant   _Pieter Villarrea_____   resides or works at
                  (full name of first defendant)

      _111 N. Hill St. STE LA  CA 90012_____
      (full address of first defendant)

      _Sheriff Officer_____
      (defendant's position and title, if any)

      The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

      Explain how this defendant was acting under color of law:
      _Person State is responsible, defendant willful_
      _participant in joint activity with State or it's agent_

53.   Defendant   _Richard Fierro_____   resides or works at
                  (full name of first defendant)

      _111 N Hill St STE   LA CA 90012_____
      (full address of first defendant)

      _Sheriff Officer_____
      (defendant's position and title, if any)

      The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

      Explain how this defendant was acting under color of law:
      _person State is responsible for defendant willful_
      _participant in joint activity with State or it's agents_
      _though had a _____

NOTE:    You may not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

5 4.    Defendant    HENRY Russell HALPERN    resides or works at
        (full name of first defendant)
18663 Ventura bl #217 TARZANA CA 91357
(full address of first defendant)
License Attorney
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom State responsible, a private person defendant who a willful participant in joint activity with State or it's agent

5 5.    Defendant    ALI FAAL    resides or works at
        (full name of first defendant)
18663 Ventura bl # 217 Tarzana CA 91356
(full address of first defendant)
License Attorney
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom state is responsible, a private person defendant who is willful participant in joint activity with State or it's agent

5 6.    Defendant    Steven Cohan    resides or works at
        (full name of first defendant)
9150 E Imperial Hwy, Downey CA 90242
(full address of first defendant)
License attorney
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom state is responsible, a private person defendant who is willful participant in joint activity with State or it's agent.

57. Defendant _____Jim Boddie_____ resides or works at
(full name of first defendant)
_926 LA CANADA VERDUGO RD Altadena, CA 91001_
(full address of first defendant)
_Financial Planner_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
_defendant who is willful participant in joint_
_with State_

58. Defendant _____Stephan M. Hinkle_____ resides or works at
(full name of first defendant)
_11200 Donner Pass Rd #138, TRUCKEE, CA 96161_
(full address of first defendant)
_Attorney_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
_person whom state is responsible a private party_
_authorized to exercise state authority._

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

5 9.    Defendant    Anthony MCFaRLAND _____ resides or works at
(full name of first defendant)

1 Altadena Driv, Altadena CA 91001
(full address of first defendant)

Chaplain Sheriff's Dept
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

A PRIVATE Person who is authorized to exercise state authority defendant who is willful participant in joint activity within state.

6 0.    Defendant    Micheline MCFarland _____ resides or works at
(full name of first defendant)

1 Altadena Driv, Altadena CA 91001
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

defendant who is willful participant in joint activity with State or it's agent.

6 1.    Defendant    Valarie Gilpeer _____ resides or works at
(full name of first defendant)

14001 Ventura blvd Sherman Oaks, CA 91423
(full address of first defendant)

Attorney
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

Person whom state is responsible, a private person who is authorize to exercise state authority defendant who is willful participant in joint activity with the State

(24)

CIVIL RIGHTS COMPLAINT

6 2.  Defendant  Kurt E. Kuhn _____ resides or works at
(full name of first defendant)
400 South Beverly Drive #214, Beverly Hills, CA 90210
(full address of first defendant)
Handwriting/Document Expert
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
Person whom state is responsible, a private person
who is authorized to exercise state authority

63.  Defendant  Aaron Jenson _____ resides or works at
(full name of first defendant)
210 WEST TEMPLE ST LA CA 90012. 16th FL.
(full address of first defendant)
Public Defender
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom state is responsible, a private
person who is authorized to exercise state authority

(25)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

6 4.    Defendant    __Rodney Davis_____ resides or works at
(full name of first defendant)

___82.0 EAST ALAMEDA Street, Altadina CA 91021____
(full address of first defendant)

_____
(defendant's position and title, if any)

-- The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_defendant who is willful participant in joint activity with the State or it's agent, though not an officer of the State_

6 5.    Defendant    __Martha Sanchez_____ resides or works at
(full name of first defendant)

___300 EAST WALNUT street Pasadena CA 91101___
(full address of first defendant)

___DISTRICT ATTORNEY___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

_person who state is responsible. A person who is authorizen to exercise state authority_

6 6.    Defendant    __Sgt (First name-unknown) Jordan__ resides or works at
(full name of first defendant)

___210 WEST TEMPLE STREET LA CA 90012___
(full address of first defendant)

___Sheriff___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

_Person whom the State is responsible, Participant who is willful participant in joint activity with State_

(26)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

67.   Defendant   William Little _____ resides or works at
        (full name of first defendant)

        _____ LA. CA _____
        (full address of first defendant)

        real estate investor _____
        (defendant's position and title, if any)

— The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   defendant who is willful participant with State
   or it's agent

68.   Defendant   Jim Lee _____ resides or works at
        (full name of first defendant)

        300 East walnut Street Pasadena CA 91101
        (full address of first defendant)

        DISTRICT ATTORNEY
        (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   person whom state is responsible, a private person
   defendant who is willful participant with the State

69.   Defendant   Kurt Demire _____ resides or works at
        (full name of first defendant)

        _____
        (full address of first defendant)

        trustee
        (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

   Explain how this defendant was acting under color of law:
   person whom state is responsible, a private person
   whose authorized to exercise state authority

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant    LEROY BACA _____ resides or works at
            (full name of first defendant)
            441 Bauchet Street L.A. CA 90012
            (full address of first defendant)
            HEAD SHERIFF
            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom the State is responsible, private party whose authorized to exercise state authority

Defendant    ALEXANDER PERAZA #515826 resides or works at
            (full name of first defendant)
            441 Bauchet Street L.A. CA 90012
            (full address of first defendant)
            Deputy Sheriff
            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom the State is responsible, private party whose authorized to exercise state authority

Defendant    V. MUGO #533852 _____ resides or works at
            (full name of first defendant)
            441 Bauchet Street L.A. CA 90012
            (full address of first defendant)
            CUSTODY ASST.
            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom the State is responsible, private party whose authorized to exercise state authority

(28)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant    _N. GARCIA_    _# 302274_    resides or works at
(full name of first defendant)

_441 Bauchet Street L.A. CA. 90012_
(full address of first defendant)

_SERGEANT    SHERIFF Dept_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

_Person whom the State is responsible, private party whose authorized to exercise State authority_

Defendant    _SCOTT BASTIAN_    _# 270432_    resides or works at
(full name of first defendant)

_441 Bauchet Street LA CA 90012_
(full address of first defendant)

_SERGEANT    SHERIFF DEPT_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

_Person whom the State is responsible, Private party whose authorized to exercise state authority_

Defendant    _AGUILAR_    _# 531103_    resides or works at
(full name of first defendant)

_441 Bauchet Street LA CA 90012_
(full address of first defendant)

_Custody Asst    SHERIFF Dept_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:

_Person whom the State is responsible, private party whose authorized to exercise state authority_

(29)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant    _Daniel Cruz_____    resides or works at
(full name of first defendant)
_441 Banchet Street LA.CA. 90012._
(full address of first defendant)
_Captain Sheriff Dept_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
_Person whom State is responsible, private party whose authorized to exercise state authority_

Defendant    _Sgt. FLEISCHMANN #288294_    resides or works at
(full name of first defendant)
_441 Banchet Street LA.CA 90012_
(full address of first defendant)
_Sargeant Sheriff Dept._
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
_Person whom State is responsible, private party whose authorized to exercise state authority_

Defendant    _Lt. SHANNON_    resides or works at
(full name of first defendant)
_441 Banchet Street LA-CA. 90012_
(full address of first defendant)
_Lieutenant Sheriff Dept_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
_Person whom state is responsible, private party whose authorized to exercise state authority_

(30)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant   _William #2 475339_   resides or works at
(full name of first defendant)

_441 Bauchet Street LA, CA 90012_
(full address of first defendant)

_Custody Asst Sheriff Dept_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

_Person whom the State is responsible, private party whose authorized to exercise State authority_

Defendant   _HEARD #526287_   resides or works at
(full name of first defendant)

_441 Bauchet Street LA, CA, 90012_
(full address of first defendant)

_Custody Asst Sheriff Dept._
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

_Person whom the State is responsible, Private party whose authorized to exercise State authority_

Defendant   _S.R. Goldswski #291703_   resides or works at
(full name of first defendant)

_441 Bauchet Street LA. CA 90012_
(full address of first defendant)

_SARGEANT Sheriff Dept_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

_Person whom the State is responsible, private party whose authorized to exercise State authority_

CV-66 (7/97)                        CIVIL RIGHTS COMPLAINT

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant    Edward G Hamm  #41213    resides or works at
(full name of first defendant)

441 Banchet Street LA. CA 90012
(full address of first defendant)

Lieutenant / Sargeant Sheriff Dept
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

Person whom state is responsible, private party whose authorized to exercise state authority.

Defendant    M. DANIOZ  # 21954    resides or works at
(full name of first defendant)

441 Banchet Street LA. CA 90012
(full address of first defendant)

Sargeant Sheriff Dept
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

Person whom state is responsible, private party whose authorized to exercise state authority

Defendant    Nancy Pollard    resides or works at
(full name of first defendant)

City Dr, Santa Ana, CA
(full address of first defendant)

Judge
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:

Person whom state is responsible, private party whose authorized to exercise state authority

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant  Ani Martirasyan                                          resides or works at
           (full name of first defendant)
25 West Broadway, Glendale, CA 91204
(full address of first defendant)
tax agent
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom the State is responsible, private party
whose authorized to exercise State authority

Defendant  Global Tel Link                                          resides or works at
           (full name of first defendant)
2609 Cameron Street Mobile, AL 36607
(full address of first defendant)
State Phone Company
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom the State is responsible, private party
whose authorized to exercise State authority

Defendant  MAX Huntsman                                             resides or works at
           (full name of first defendant)
210 West Temple St #16F LA CA 90012
(full address of first defendant)
Prosecutor - Supervisor
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom the State is responsible, private party
whose authorized to exercise state authority

CV-66 (7/97)
(33)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant _Sergio Ruiz_____ resides or works at
(full name of first defendant)

_111 North Hill Street, LA CA 90012_
(full address of first defendant)

_Court Clerk_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
_Person whom state is responsible, private party whose authorized to exercise state authority._

Defendant _Nick Miramontes_____ resides or works at
(full name of first defendant)

_111 North Hill Street LA. CA 90012_
(full address of first defendant)

_Court Clerk_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
_Person whom state is responsible, private party whose authorized to exercise state authority_

Defendant _Andrew Meli_____ resides or works at
(full name of first defendant)

_25 West Broadway, Glendale CA 91204_
(full address of first defendant)

_tax agent_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑official capacity.

Explain how this defendant was acting under color of law:
_Person whom state is responsible, private party whose authorized to exercise state authority_

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant    _Jennifer Coultas_
(full name of first defendant)
resides or works at

_2934 East Garvey #100, West Covina, CA 91791_
(full address of first defendant)

_State attorney_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
_Person whom state is responsible, private party whose authorized to exercise state authority._

Defendant    _Thomas J. Prenovost, JR._
(full name of first defendant)
resides or works at

_2122 N Broadway #200, Santa Ana, CA 92706-2614_
(full address of first defendant)

_State attorney_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
_Person whom state is responsible, private party whose authorized to exercise state authority_

Defendant    _KEVIN MCKESSON_
(full name of first defendant)
resides or works at

_Camden Beverly Hill, CA 90210_
(full address of first defendant)

_State license Attorney    (310) 277-9595_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
_Person whom state is responsible, private party whose authorized to exercise state authority_

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant    John Moulin
    (full name of first defendant)                                resides or works at
    240 WEST Temple St. 16th FL LA CO 90012
    (full address of first defendant)
    Prosecutor
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom the State is responsible, private party whose authorized to exercise State authority

Defendant    Jerry Brown
    (full name of first defendant)                                resides or works at
    300 S. Spring St. LA CA 90013
    (full address of first defendant)
    Attorney General
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom the State is responsible, private party whose authorized to exercise State authority

Defendant    Chris Rentie
    (full name of first defendant)                                resides or works at
    2050 W. Temple Street 16th FL LA CA 90012
    (full address of first defendant)
    Detective, District Attorney office
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
Person whom the State is responsible, private party whose authorized to exercise State authority

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant ___Lieutenant Sanchez___ resides or works at
(full name of first defendant)
___Altadena Sheriff department, Altadena Ca 91001___
(full address of first defendant)
___Sheriff officer___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:
Person whom the State is responsible, private party whose authorized to exercise State authority

Defendant ___Detective Munshi___ resides or works at
(full name of first defendant)
___Altadena Sheriff Station, Altadena Dr, Altadena, Ca 91001___
(full address of first defendant)
___Sheriff officer___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:
Person whom the State is responsible, private party whose authorized to exercise State authority

Defendant ___Jan Plum___ resides or works at
(full name of first defendant)
___300 East Walnut, Pasadena, Ca 91101___
(full address of first defendant)
___Judicial Officer of State___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:
Person whom the State is responsible, private party whose authorized to exercise State authority

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant    _Charles McCoy Jr_____ resides or works at
(full name of first defendant)
_121 North Hill Street LA. CA 9 0012_
(full address of first defendant)
_Judicial Officer, State_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
_Person whom state is responsible, private party whose authorized to exercise state authority._

Defendant    _Sonia Cantil-Sakauye_ resides or works at
(full name of first defendant)
_345 McAllister St. San Francisco, CA_
(full address of first defendant)
_Judicial Officer, - State_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
_Person whom state is responsible, private party whose authorized to exercise state authority_

Defendant    _Steve Cooley_ resides or works at
(full name of first defendant)
_210 west Temple St. LA CA 90012_
(full address of first defendant)
_Attorney for State_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
_Person whom state is responsible, private party whose authorized to exercise state authority_

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant _____ resides or works at
       (full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
*Person whom the State is responsible, private party whose authorized to exercise State authority*

Defendant _____ resides or works at
       (full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
*Person whom the State is responsible, Private Party whose authorized to exercise State authority*

Defendant _____ resides or works at
       (full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
*Person whom the State is responsible, private party whose authorized to exercise State authority*

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

Defendant _____ resides or works at
         (full name of first defendant)

         _____
         (full address of first defendant)

         _____
         (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

*Person whom state is responsible, private party whose authorized to exercise state authority.*

Defendant _____ resides or works at
         (full name of first defendant)

         _____
         (full address of first defendant)

         _____
         (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

*Person whom state is responsible, private party whose authorized to exercise state authority*

Defendant _____ resides or works at
         (full name of first defendant)

         _____
         (full address of first defendant)

         _____
         (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

*Person whom state is responsible, private party whose authorized to exercise state authority*

## JURISDICTION AND VENUE
### I.

3.  **This** is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation under the color of State law of rights secured by the constitution of the United States.  Th court has jurisdiction undeer 28 U.S.C. section 1331 and 1343 (a) (3).  Plaintiffs seeks declaration relief pursuant to 28 U.S.C. section 2201 and 2202, Plaintiffs claims for injunctive relief and monetary relief are authorized by 28 U.S.C. section 2283 and 2284 and relief of the Federal Rules of Civil Procedure.

4.  The United States Central District Court is the appropriate venue under 28 U.S.C. section 1391 (b) (2) because it is where the events giving rise to these claim occured.

## EXHAUSTION OF LEGAL REMEDIES
### II.

5.  Plaintiffs have exhausted all State and administrative remedies and then some.  In the State courts through the State Supreme courts.  In regards, to the Los Angeles county sheriff's department, grivences were filed through criminal cases in the Pasadena courts, case nos. 9PS71639-01 and 9PS0043-01, in civil cases GC037352, GC040442, GC040261, GC043447, with the sheriff department, Altadena station, with the Los Angeles District attorney office and District attorneys office Judicial Integrity unit, ref. # 10-0557, Attorney General office, cases nos. 387638,313927 Los Angeles superior civil cases, BC315492, BC330945,BC340942,BC367789,BC481244,BC384 536,BS118361, court of appeal, 2nd District cases nos. B228146,B234284,B227559,B231713 B238035, Los Angeles Police commission, case no. CF no. 09-001949, F.B.I. corruption. Commission on Judicial performance, case nos. L0629moon, L0519moon, L201moon,L1104 moore,L1223moon, and California Supreme court case no. S189536,S193456, S190132, S193 756, S190766 , with the California State Bar, both at the local level and the State level- General Counsil.

INTRODUCTION

III.

6.   [D]efendants have violated and contiunue to violate Plaintiffs's 1st amend-
ment rights- rights to seek redress from the government, retaliatory conduct, peace-
ably assemble, freedom of speech and access to the outside world, meaningful access
to the courts and law library, Violated plaintiffs's 4th Amendment rights- secure in
their house, persons, papers and effects against unreasonable searches and seizures,
unreasonable intrusive body searches.  Plaintiffs's sixth admentment rights to self-
representations and choice of legal representatives,  plaintiffs's eight amendment
rights, excessive bail, cruel and unusal punishment, campaign of harassment and
fourteen amendment rights, to Due Process and equal protection, depriving plaintiffs
of Life, Liberty, and property. " Prisoners retain the essence of Human digntiy in-
herent in all persons", Justice J. Kennedy  and " Prisoners Human quality does not
cease , nor  yearning for self-repect, nor their quest for self-realization conclude
when the gates slam behind them.", Justice T. Marshall, and " Humanity is a creation
of GOD, a foundation to the self-evident truth of Life, Liberty, and the pursuit of
Happiness, " N.K.J.V. 2nd Edition C.R. 1997, 2007, T. Nelson.

7.    [D]efendants , all named and Does 1 through 200, inclusive over the last seven
(7) years have conspired  to defamation of Plaintiffs character, criminal libel,
falsely arrest and incarcerate, grand theft of Pliantiff's personal and real properties.
bared false witness under the penalty of perjury, parental alienation, ministerial
acts without jurisdiction under the color of State law, gross deliberate indifference
retaliation and adverse action while Plaintiffs were exercising contitutional rights
in their protected conduct.    Plaintiffs believes and based on this belief that All
the named defendants and Does 1-200, inclusive are apart of an orginized crime syndi-
cate  ( hereninafter, referred to as  "C.C.B. inc.")[1] who accept bribes, engage in
criminal conduct on a on going and continual basis and has induced the collective
peril of  cruel and unusual punishment, retaliation, attempted murder, adverse actions
excessive abuse, all gross deliberate indifference and in violations of " Separation
of Powers" .    These brood of evildoers, all of them are herein named.

1  Courts, Cooley, Baca connection, Violations of Separation of Powers.

(42)

CLAIM ONE:   DEFAMATION OF CHARACTER : CRIMINAL LIBEL

1   8.     Plaintiffs reallege and incorporated by reference paragraphs 1 through 7.

2   [D]efendants, all named defendants and does 1 -200,inclusive, since 2001 have with

3   gross deliberate indifference pursued a evil and wicked'campaign to slander plaintiffs

4   and defame plaintiffs name and character and reverred righteous \status as a citizen

5   of the United States of America.  Defendants Rouse, Williams, Mcfarlands, through a

6   chapter 7 filing in the Central District Bankruptcy court, Judge Samuel Bufford, pre-

7   ciding,  these defendants specifically brought a false adversary action against Plain-

8   tiffs to commit grand theft'of Plaintiff's business associates real estate properties,

9   though the falsely brought action was not successful, defendants caused plaintiffs

10  actual (damages) cost of about $500,000.00  and about twelve (12) years of character

11  assasination and maxiumum physical and mental injury.  Defamatory statements were

12  constantly distibuted amoung the local media, newspapers, church venues, and in the

13  community at large.  Defendants were not successful in the grand theft of plaintiffs's

14  real estate properties -, subsequently, after the false incarceration of pliantiffs

15  on or about August 23, 2009, defendants gain illicit control  and possession of plian-

16  tiffs real properties through a originized crime methodically, stripping the real pro-

17  perties one at a time , a total of approximately (10) real properites valued at $15,

18  000,000.00.

19  A.D. MOON v ANTHONY MCFARLAND, ET AT, case nos. 03U00456, BC 330945,BC315492

20  9.     Defendants Mcfarland, Williams,Simpson, Plum, Rouse, and doe defendents were

21  tenants of pliantiffs and involved in civil litigation, these defendants through-out

22  the course of ten (10) years engaged in a campaign of dafamation and slander to kill,

23  steal and destroy the character and righteaous sprit of plaintiffs, defendants engaged

24  in an origized crime system (C.C.B. inc.) to character assignate pliantiffs through

25  eternal damnation.  Defendants Palazuelos, one of kin pins of (C.C.B.,inc.) was the

26  matriarch giving most of the directives in the character assassination of plaintiffs's

27  character.   On or about December 2009, defendant Palazuelos falsely dimissed case no.

28  BC315492, without having any jurisdiction as a state employee (Judge) to do so.

(43)

1 | causing pliantiffs actual (damages) cost in excess of $ 1,000,000.00 and potential

2 | punitive damages in excess of $3,000,000.00. defendants C. Simpson and Plum dismissed

3 | several cases, in conluding with defendants J. Williams'and A. Mcfarland/ Micheline

4 | Mcfarland, causing plaintiffs actual (damages) cost of about $500,000.00 and potential

5 | punitive damages of $1,000,000.00, as a result of dismissing the cases without juris-

6 | diction as a State employee (Judge).  Defendant F. Rothchild main participant.

7 | **A.D. MOON v GARRBUTT,SLUSHER,USHER, case nos. GC 037352,BC 367789,GC040261,442,**
**10C00562**

8 |

9 | 10.      Defendants Usher, Garbutt, Slusher, Session, C. Simpson, Fruin, P.J. Boren,

10 | E. Smalley, and does 1-200,inclusive. collaborated as a part of the criminal organiza-

11 | tion, (C.C.B.,inc.) to kill, steal and destroy plaintiffs stellar character and reve-

12 | rence in the community at large.  Defendants made many false and demeaning allegations

13 | in the media, newspapers, and social oganizations through-out the Los Angeles county

14 | areas.   Plaintiffs was a solid citizen with many ties to youth orginations albeit,

15 | charity orgainizations, and held many licenses which were restricted as a result of

16 | defendants contamination of plaintiffs character by these vile (evil) methods of

17 | assassination.   On or about December 12, 2008, all above named defendants conspired

18 | to committed grand theft of pliantiffs real estate properties, and encroached on

19 | plaintiffs  1st and 4th amendment rights by imposing a false lien in excess of $3,000,

20 | 000.00 and stealing several properties from plaintiffs, Defendants even had several

21 | individuals to  video tape these illicit proceedings and placed them on U-tube and the

22 | internet.

23 | **A.D.MOON v CADE,MURPHY,USHER, ET AL, case no. BC 340942**

24 | 11.      Defendants M. Murphy, C. McCoy, L. Smalley, E. Berle, J. Williams, G. Session,

25 | J. Boddie, without jurisdiction as State employees (Judges) disqualified to preside

26 | over any matters in the case, prepared and offered false documents filed through the

27 | the Central District Superior courts system, meet with parties without all parties

28 | present, accepted bribes from defendants Cade, monies, sexual favors and crack cocaine

1  obstruction of justice by usurping their authority  or participating in ministerial

2  acts (criminal and unconstitutional in nature) when acting as a individual outside of

3  their official capacity.   Defendants allowed for the case to be unconstitutional dis-

4  missed in retaliation and a means to slander plaintiffs, inciting negative public

5  collquy reverberating through all of Los Angeles county, where plaintiffs has resided

6  for over fourty (40) years with family, friends and business associates.   Defendants

7  threatened potential doe defendants Ruiz and Miramontes to testify falsely against

8  plaintiffs in a subsequent criminal case no. BA332095, aidding and albetting the cur-

9  rent false imprisonment (kidnapping ) of plaintiffs.   Defendants then falsely dis-

10  miss this above-mention action, case no. BC340942, even though plaintiffs had four (4)

11  default judgments against the named defendants in the case that amounted in the excess

12  of $3,000,000.00.   Plaintiffs filed formal compliants against defendants M. Murphy,

13  E. Berle, and L. Smaley regarding their lack of jurisdiction in this case with then

14  presiding JUdge Charles McCoy jr. and defendant McCoy failed to investigate the matter

15  or refer the matter over to the Commission on Judicial performance this complaint was

16  filed on or about April 3, 2007. Defendant M. Murphy was also an active defendant in

17  case entitled Moon v Mcfarland et al, case no. BC340942 and failed to answer the sum-

18  mons and complaint and recuse herself from this case.

19  **A.D. MOON v J. IASSACS, D. YOURIST,B. YOURIST, K. HERRERA, R. TREU ,D. GAFFEY,ET AL**
    **case no. BC 384536,   Central District Superior Court**

20  12.    Defendants: J. Iassacs, D. yourist, B. Yourist, k. Herrera, R. Treu and D.

21  Gaffy, G. Murray, U. Usher, P. Rosenthal, Walter mueller, Daniel Baker, Frank Fugimoto,

22  all participated in  an elaborate scheme through their orgainized crime syndicate,CCB,

23  inc.  to steal (Grand theft) Larceny of pliantiffs property valued at $800,000.00.

24  Acting under the color of law without jurisdiction, defendants R. Treu and D. Gaffey

25  unconstitutionally and illegally coluded with defendants J. Isaacs, D. Yourist, B.

26  Yourist, K. herrera, G. Murray, U. Usher, and stole pliaintffs property located at

27  441 East Woodbury rd, Altadena, Ca.   All above-named defendants and doe defendants

28  prepared and offered and filed false documents to  the Superior court in this case

1    to pull off the (wiles of the devil) of a scheme, sophisticated, ellaborate,

2  orginized crimes.  Defendant R. Treu after being disqualified and failing to recuse

3  himself from the instant action, in this ellaborate scheme dismissed this case, based

4  on bribes recieved from defendants M. Aronson, G. Murray, J. Isaacs, D. Yourist, D.

5  Yourist, K. Herrera on or about June 10, 2010, these above-named defendants on the

6  record falsely stated, "that they had not been served with the summons and complaint

7  in the case.  Defendants J. Isaacs, D. Yourist and B. Yourist and U. Usher filed

8  request to dismiss the cases against Plaintiffs without serving the documents on the

9  Plaintiffs trying to recieve an illicit default judgment with the condoning of de-

10  fendant R. Treuu, the State employee without any jurisdiction to preside over the case

11  Defendant R. Treu  held hearings and rule on motions outside of his jurisdiction with

12  only one party present and sometimes with the one side, ususally the plaintiffs.

13  Defendant M. Aronson presented a false and prepared document to defendants R. Treu

14  and E. Berle to bring a criminal action against plaintiffs, sophisticated, ellaborate

15  scheme.  Defendant E. Berle held an hearing on the false document (request to submit

16  documents) where pliantiffs pleaded that they had no knowledge of the document and that

17  the document was filed by  defendants E. Berle and M. Aronson and R. Treu to commit

18  criminal larceny on plaintiffs.  At the hearing held by defendant E. Berle on or about

19  March 10, 2010, it was determined that the document had not been filed by plaintiff

20  though pleadings and affiadivits of plaintiffs and the rogue disqualified judge , de-

21  fendant E. Berle dismissed the matter, apparently stricking the document (that had not

22  been filed in the first instance) and threaten that this matter of gross deliberate

23  indifferrence was  over for now ! Indicating this was just the beginning of this assult

24  on plaintiffs, more was to come.  Defendant E. Berle was disqualified from hearing

25  any matters pretaining to plaintiffs.      Defendant E. Berle acted out of his juris-

26  diction, under the color of  the law in several other matters, case no. BS118361, BC

27  315492, BD 481244 in the Central District Superior Courts and heard a matter accepting

28  recusal of defendant L. Smalley, acting vicariously against the constitutional rights

(46)

1  of plaintiffs.

2    **A.D. MOON v Boddie, Tam, Carlson, Harris, et al, case no. BD481244, and BS118361**

3    13.    Defendants J. Boddie, A. Tam, J. Carlson, R. Harris, R. Diaz, P. Nieto, C.Lott,

4  J. Boddie, Trent Lewis, E. Berle, and doe defendants in gross deliberate indifference

5  and at the directive of (C.C.B. inc.) filed many false documents in these  cases,

6  comitted serveral counts of prejury why under oath and parental allienationgagainst

7  plaintiffs.    Defendants R. Diaz,  P. Nieto and Trent Thomas Lewis without jurisdiction

8  under the color of the law with gross dileberate indifference presided over the matters

9  of these cases in retaliation and to defame and slander and to inflict vicious gruel

10  and unusual punishment on plaintiffs while exercising their constitutional rights in

11  their protected conduct.

12  14.    On or about March 13, 2008, defendants J. Boddie, R. Diaz and A. Tam held an ex-

13  parte hearing to unconstitutionally strip plaintiffs of custody of their minor child-

14  ren,    On or about April 2008, Defendants R. Diaz, A. Tam and J. Boddie fabricated an

15  income of $10,000.00 monthly without any supporting documentation to confirm this

16  adverse action, and contrary to the perfect evidence provided by plaintiffs supporting

17  only an monthly income of $2500.00.    Defendants R. Diaz, A. Tam, J. Boddie also,

18  unconstitutional impose an spousal support amount of approximately $ 2,500.00, knowing

19  that  this adverse action would inflict more pain and suffering against plaintiffs.

20   Above-named defendants  also, imposed an unconstitutional restraining order on

21  plaintiffs for three (3) years with supervised visitation, another adverse action

22  with gross diliberate indifference to inflict more pain and suffering on plaintiffs

23  and made this unconstitutional ruling public and provided the news media with this

24  information to further defame and slander plaintiffs stellar reprutation in the

25  community.    Plaintiffs were active in youth activities, sports and origanizations

26  which destroyed further plaintiffs reputation in his own communities  and with business

27  associates  and churches.    Defendants stated on many occasions that they had to deal

28  devicively with plaintiffs by the directive of the C.C.B. inc.

1     Defendants filed the unconstitutional action, BD 481244, armed with the knowledge
2  that it was frivious and illicit, no married license existed.   Defendant J. Boddie
3  knew of this fact more than two (2) years of filing the illicit case.

4  15. On or about June 2008, defendant J. Carlson, was installed as minors counsel after,
5  plaintiffs had the previous doe defendant removed as counsel, ( J. Carlson was install
6  by defendant R. Diaz, who stated, " I need someone in there that I can control" another
7  C.C.B. inc. member.   Defendant J. Carlson, while acting under the color of the law,
8  state employee, minor's counsel had an inappropriate affair with defendant J. Boddie,
9  the minor's mother.   Whereby, acting in gross deliberate indifference against plain-
10  tiffs in imposing harsh requirements against plaintiffs, pain and suffering and cruel
11  and unusual punishment.   At a hearing for change of custody, a fellow attorney  of
12  defendant J. Carlson, and a friend of plaintiffs , adamently and vehemently, pleaded
13  with defendant J. Carlson not to inflict this cruel and unusual punishment on plain-
14  tiffs,  the fellow attorney,  stated that; " Plaintiffs is a good Dad and is doing
15  tremiendous work with the youth and his children in the community,  plaintiffs and
16  the good summeritain were both  youth soccer coaches for A.Y.S.O.

17  16.   On or about July 2008, Defendants R. Diaz, A. Tam and J. Boddie unconstitu-
18  tionally ascertained an illicit order to get copies of plaintiff's bank statements
19  to which defendants turned over these documents to the  Internal Revenue service, as
20  a result of this unconstitutional seizure,the Internal Revenue service is trying to
21  collect up to $500,000.00 in taxes and penalties.   Based on a false theory that is
22  illegal.   Defendants W. Meuller, a former I.R. S. agent has spearheaded this un-
23  constitutional encroachment of plaintiffs Fourth (4th) amendment civil rights.   The
24  Internal revenue service with the persistence of defendants
25  is violating plaintiffs due- process rights to redress the government by grossly
26  avoiding plaintiff's request to a due-process appeal of the illegally imposed taxes
27  and penalties.   All named and does defendants were constructively or vicariously
28  liable, due to the plaintiffs belief that the C.C.B.inc. defamation and criminal libel

1    bonbardment and criminal scheme was in full effect and force.

2    17.    On or about September 2008, Defendants P. Nieto, J. Boddie, A. Tam, and J. Carl

3    son, R. Diaz, C. Lott, R. Harris at several hearings continued the parental alienation

4    and the gross deliberate indifference, adverse actions, retaliation while plaintiffs

5    exercise of their constitutional rights in their protected conduct.    Defendant P.

6    Nieto  conspired with the other named-defendants to recuse herself from the case and

7    unconstitutionally send the case back to allready recused and disqualified defendant

8    R. Diaz,  against plaintiffs objections, doe defendant asst. supervising superior court

9    judge, reaffirmed the unconstitutional criminal (ministerial) act.    Plaintiff was

10    unconstitutionally ordered back to defendants R. Diaz courtroom for more pain and

11    suffering and cruel and unusual punishment.  Prior to this hearing, defendant R. Diaz

12    attended a party giving in defendant P. Nieto's courtroom installing Nieto as a Judge,

13    previously , defendant Nieto was a commissioner.    The party was exclusively for

14    Mexican, Latino, Hispanic quests.  Defendants R. Diaz and P. Neito are also members

15    of a  Mexican american Judge orginazation, maybe, "The Alliance", a well known faction

16    of Judicial officers trying to destroy are Jurisprudence System.  Defendants P. Nieto

17    J. Boddie, J. Carlson, A. Tam, C. Lott , R. Harris all made mockery of plaintiff while

18    defendant Nieto spoke via telephone on the bench with defendant R. Diaz in his

19    chambers, " A nightmarish and horrific experience, plaintiff now under this current

20    false (kipnapping) imprisonment is still having nightmares about this event (wiles of

21    the devil), C.C.B. inc.

22    18.    On or about October 2008, defendant R. Diaz, for the second time, recused him-

23    after unconstitutionally, and illegally hearing many motions that were eternally, and

24    painstakingly imprinted in plaintiffs mind, body and soul, eternally adverse. Plaintiff

25    could not eat, sleep and was starting to lose alot of wieght, and began to have an-

26    xeities attacks and sweating profusely without case and studdering in speech.  For the

27    second time , doe defendant, supervising judge without jurisdiction transfer the case

28    to three (3) more doe defendants, Known defendant Trent lewis, who held hostage the

1   above-mentioned case, failing to disqualify himself when it was legally required by

2   law.    The plaintiffs  filed a peremptotory challenge immediately when the case was

3   presented in  defendants Trent lewis courtroom.    Defendant Trent lewis made an order

4   that he was going to transfer  the case to the Judicial counsil, Chairperson, and to

5   the Commission on Judicial performance, but defendant qwakingly never did. ( a deter

6   mination was needed to be made as to defendants Trent lewis question of disqualifica-

7   tion.

8   19.    On or about December 2008, defendants A. Tam, J. Boddie, C. Lott, John Boddie,

9   Trent Lewis, unconstitutionally, liened plaintiffs properties in a  unapproved amend-

10  ed complaint.    Defendants failed to take leave of court to do so, but was accepted

11  by conspiring defendants in the continuation of their vicious and evil plot, brood of

12  vipers.

13  20.    On or about Jauary 2009, defendants A. Tam, J. Boddie, C. lott, John Boddie,

14  doe defendant, supervision Judge, J. Carlson, unconstitutionally, held and presided

15  over a hearing, without jurisdiction and ruled against plaintiffs in a matter of a

16  settlement agreement between  plaintiffs and defendants, regardingcustody and dismissal

17  of the meritless and illegal and unconstitutional filing of the instant case (BD481244)

18  defendants destroyed the original document to which plaintiffs was trying to file in

19  the instant case, only copies of the original was given back to plaintiffs.  The

20  original document was last in the possession of all the above-mentioned defendants.

21  21.    On  or aboutFebruary 2009, defendants S. Gordon,A. Tam,  J. Carlson,J. Boddie,

22  C. lott, John boddie, and about fourteen (14) los Angeles County sheriff department

23  made terrorist threats and tried to deny  plaintiffs right  to access the courts, and

24  rights to redress the government, the hearing was slated for change of custody of

25  minors and deletion of spousal support.    Prior to the hearing these fourteen (14)

26  Los Angeles (rogue) sheriffs denied plaintiffs access to the courts (courtroom) and

27  interrogated plaintiffs without provcation by plaintiffs and in a condensending  man-

28  ner instructed plaintiffs that it would be in plaintiffs best interest not to attend

the ordered hearing.  Defendant J. Boddie was not even present initially at the
hearing but was summoned by her co-conspirators to attend as this would have resolved
in default in favor of plaintiffs, co-conspirators, defendants couldn't allow their
vicious plot to be foiled by plaintiffs.   When it was determined that plaintiffs
would still be successful at the hearing, Defendants collectively, continued the
matter , many days out!, infliction of more pain and suffering against plaintiffs.
**A.D. MOON v CARLSON, case no. BS118361**

22.      On or about February 2009, defendants J. Carlson, J. Boddie, C. Lott, A. Tam
S. Gordon, R.  Rico, filed a false report with the courts, prepared and offered, to
illicit ascertain a retraining   order against plaintiffs, this was necessary to pre-
vent the removal of defendant J. Carlson, from the case as minor's counsel of record,
(an installed C.C.B.inc. member)  defendant J. Carlson, also filled a false report
with the San Gabriel police department, stating that plaintiffs placed a threatening
note on defendants J. Carlson car.   Plaintiffs believes and based on this belief
that defendants was bondbarding plaintiffs to this criminal conspiracy to kidnap,
(falsely imprison) plaintiffs, so that plaintiff would not have any contact with the
outside world, and be able to  bring to light this evil darkness ( Rico Act) propor-
tions.    Prior to the hearing, defendant R. Rico (rico Act) disqualified himself, but
failed to vacate the judgment of the restrianing order, and doe defendants clerks of
the courts usurped their attorities in not allowing plaintiffs access to the courts,
and redress to government for grivance for relief, by not allowing plaintiffs to be
held and not changing or vacating the order per the disqualified defendants R. Rico's
filed and stamped  order.   Defendant E. Berle, one of the King Pin of C.C.B. inc.
without any  jurisdiction to preside over the instant case, made many false deliberate
indifference orders, defendant E. Berle was disqualified to preside over any matters
or cases with plaintiffs as  a party to any action or case.   Plaintiffs believe and
based on this belief that all named defendants and doe defendants had a meeting or
correspond outside of the courthouse to prepared to unconstitutionally and gross de-

(51)

1   liberate indifference, adverse action against plaintiffs, while exercising their

2   constitutional rights in their protected conduct.

3   23.    On or about  February 2008, after hearing in case no. BD481244,  Defendants

4   J. Carlson, J. Boddie, C. Lott, John Boddie, S. Gordon, doe defendants  falsely pre-

5   pared and offiered to the courts to be filed a restraining order against plaintiffs.

6   Plaintiffs were not present at this hearing that was previously not calendared to be

7   heard in the disqualified doe defendant, commissioner courtroom that day.

A.D. MOON v J. BODDIE, case no. BD481244

8   24.    On or about February 2008, at hearing defendant S. Gordon, disqualified himself

9   after several hearings had been heard in his courtroom and plaintiffs would not submit

10  to the signing of a waiver to allow the case to be heard by a commissioner, and after

11  a peremptory challenge was filled against defendant S. Gordon,  Defendants S. Gordon,

12  J. Carlson, ( a close friend of defendant S. Gordon), A. Tâm, J. Boddie, C. Lott,

13  R. Rico, John Boddie, doe defendants, court clerk had beforehand meet outside of court

14  to conspire with this evil plot,  doe defendant court clerk informed plaintiffs prior

15  to the commencement of the hearing,that"plaintiffs had to sign a waiver form consent-

16  ing to a commissioner hearing plaintiffs motions."   Plaintiffs replied, " Their was

17  no consent form at the three (3) previous hearings and Plaintiffs had in their pos-

18  session a peremptory challenge, ripe and timely for defendant S. Gordon, plaintiffs

19  believed and based on this belief that the all the above-named defendants and doe de-

20  fendants had a vicious sophisticated plot prepared for plaintiffs.  Plaintiffs su-

21  spicions  became undisbuted facts this day.

22  25.    On or about March 2009, defendants T. Lewis, U. Usher, A. Tâm,J. Boddie, C.

23  lott, doe defendant, court bailiff, file a false motion to steal plaintiffs property.

24  The mock,motion to stay the sale of plaintiffs primary property in case entitled A.D.

25  MOON v. J. Garbutt, case no. GC 037352, in defendant C. Simpson courtroom.  The

26  vicious conspiratory ploy was to have the motion denied in defendants T. Lewis court-

27  room, instead of seeking the stay in defendants C. Simpson courtroom.  defendant T.

28  Lewis informed the co-conspirators, defendants U. Usher,A. Tam, J. Boddie, John Boddie

1  C. Lott, doe defendants that they needed to seek this relief in defendant's C. Simp-

2  son's courtroom, the following Monday. (over the weekend) plaintiff went in on the

3  motion to stay the sale, defendant J. Boddie, U. Ulsher, J. Garbutt, R. Slusher, A.

4  Tam were not present and the defendant C. Simpson consistantly with the criminal con-

5  duct denied the motion and ordered the sale to go through.    Gawking at plaintiffs

6  while defendant C. Simpson departed from the bench into his chambers.(see A.D. MOON

7  v. J. Garbutt et al , case no. GC037352).

8  **People v. A.D. MOON, case no. 9PS00443-01 and 9PS71639-01, respectively**

   26.    Defendants J. Boddie, A. Tam, Jun Lee, Martha Sanchez, and doe defendants

9  falsely prepared and offerred and filed with the Pasadena Superior courts many docu-

10  ments to bring a false charge of Penal code § 632 (a) to falsely imprison plaintiffs

11  and to bondbard plaintiffs with excessive charges to defame the character and further,

12  slander plaintiffs name willfully and continually in criminal conduct.  Plaintiffs

13  believes and based on this belief that the C.C.B. inc. custom was to innudate their

14  victims (plaintiffs) with the constant bondbardment of vicious and slanderous attacks

15  to literary drive plaintiffs to suicide or death.    After plaintiff was kidnapped on

16  August 13, 2009, by named defendants and does defendants the  case was dismissed for

17  having no merit on Noverber 10, 2009.

18  A.D. Moon v. J. Isaacs et al, case no. BC384536

    27.    Defendants, R. Treu, D. Yourist, B. Yourist, F. Villarrea, R. Fierra, doe de-

19  fendants ( see VCAC p.   lns         ) rogue Los Angeles sheriffs officers, on or

20  about March 23, 2009, prepared and offered a false arrest warrant to falsely arrest

21  plaintiff on the directive of the C.C.B.inc., mainly, defendant R. Treu, defendant be-

22  came inraged that plaintiff was properly being a motion to preliminary injunction to

23  stay the sale of plaintiff's property.    The false arrest warrant was committed to an

24  order by doe defendant Judge in case no. 9PS00443-01.    On or about March 17, 2009,

25  about five (5) days prior to this kidnapping and false arrest and imprisonment, plain-

26  tiff had recieve dates to appear on both cases, case no. 9PS00443-01 and 9PS71639-01,

27  on or about June 2009 in their respective courts, plaintiffs showed reciepts of the

28  two citation notices to the defendants F. Villarrea, R. Fierra and does defendants (7)

1  rogue sheriffs, but the defendants had specific instructions to conjure up something

2  to arreset plaintiffs immediately, directive came from defendant R. Treu.  Plaintiffs

3  was in the Court Clerk's supervisors office speaking with the Supervisor to have the

4  doe defendant court clerk in defendants R. Treu courtroom to deliver the documents to

5  defendant R. Treu , does defendant, court clerk wouldn't deliver the ex parte motions.

6  Defendants F. Villarrea, R. Fierra and does defendants, rogue sheriff officers (7)

7  used excessive force to tackle plaintiffs into the police car.   Defendants F. Villar-

8  REA , R. Fierra threatened plaintiffs that this is what happens when you mess with them

9  (C.C.B. inc. ) and informed plaintiff in a condensending demeanor that plaintiff shall

10  not try to enter into defendants R. Treu's courtroom for anything else, plaintiffs

11  succombing to defendants threats, did not attend a hearing held by defendant E. Berle

12  on or about March 2009, nor did plaintiffs attend a hearing to unconstitutionally dis-

13  case no. BC384536,  on or about June 2009, illegally by defendants R. Treu, M. Aronson

14  G. Murray, does defendants.   Defedant M. Murphy, Y. Palazuelos also partook in this

15  egregious pattern of criminal libel. (vicarious liability)

People v  A.D. Moon, case no. 9PS00443-01- cont.

16  28.      On or about December 2008,defendant A. Tam summoned his good friend, (another

17  C.C.B. inc. member) doe defendant, Pasadena Police Detective to falsely prepare, offer

18  and file these documents with the Pasadena District attorneys office, defendant J. Lee

19  amd with the Pasadena Superior courts, does defendant, Judge in Dept. N.  Doe defend-

20  ant in Department G, commissioner failed to vacate a restrianing order falsely install-

21  ed on April 2009, when the false case was dismissed on November 2010, gross deliberate

22  ly indifference inflicting more pain and suffering on plaintiffs to date. (take ju-

23  dicial notice of related cases no. CV 03277-EFB and CV 00096-GSA in U.S. Eastern Dis-

24  trict court, Sac and Fresno, respectively, attached as exhibits)

**People v A.D. Moon, case no. 9PS71639**

25  29.      Defendants A. Tam, M. Sanchez, does defendant Judge in Department N., J. Lee,

26  rogue sheriff Munshi, Lieutenant Sanchez , J. Boddie, C. Lott, John Boddie, prepared,

27  offered and filed false documents to the Pasadena District attorneys office and with

28  the Pasadena Superior courts on or about March 12, 2009, exactly one (1) year from the

1    the filing of the illicit false filing of case entitled Boddie v Moon, case no. BD481

2    244, directive by the C.C.B. inc. (clan.)    All above-named defendants and doe defen-

3    dants stated, " that it is in the power of C.C.B. inc." that plaintiffs would need to

4    leave defendants along , leave well enough only, and die.    Defendant Sanchez on sev-

5    eral ocassions informed plaintiffs that the case was falsely brought but Defendant

6    Sanchez stated, " I am under the powers of defendants R. Diaz, A. Tam, T. Lewis,"

7    specifically, and other named and doe defendants collectively to inflict this pain and

8    sufferring on plaintiff".    Defendant Sanchez, informed plaintiff that she would do

9    everything in her power to dismiss the frivoliously brought action against plaintiff,

10   but defendant Sanchez never did, defendant Sanchez pressed on even more, getting doe

11   defendant commissioner to impose a criminal restraining order on April 2009.    The

12   gross deliberate indifference of the false arrest on March 23, 2009, resulted in plain-

13   tiff in bailing out which caused plaintiff actual damages of seventy-five thousand

14   dollars ($75, 000.00).    Which defamed and criminal libeled plaintiffs with their

15   family, friends and associates.

**A.D. Moon v J. Boddie,  Orange (Santa Ana) Superior Court**

16   30.    On or about July 2008, in a family custody case (parental case), Defendants

17   Nancy C. Pollard, A. Tam, does defendant supervising judge in collusion with all

18   named-defendants and doe defendqants 1 -200,incl.  conspired to unconstitututionally,

19   dismiss case without cause.    Defendant Nancy C. Pollard without jurisdiction, defend-

20   ant Pollard failed to disqualify herself, after a timely and in proper form peremptory

21   challenge was filed and served against defendant Pollard, defendant Pollard in open

22   court informed plaintiff that plaintiff was in the wrong area for a black man and that

23   plaintiff should go get himself an attorney like defendant J. Boddie, an asian, like

24   diffendant A. Tam, defendant Pollard's husband was a short asian man.    Defendant

25   Pollard further stated that shnce plaintiff had these two deficientcies working  against

26   plaintiff, defendant Pollard imposed a sanction penalty against plaintiff,  Dee defen-

27   supervising Judge concurred with defendants Pollard's false, and ministerial, crim-

28   nal order without jurisdiction.    Defendants Pollard and doe defendant supervisiing

1   Plaintiff believe and based on this belief that defendants Pollard and doe defendant

2 illegally made phone contact with defendants T. Lewis, M. Murphy, C. Simpson, R. Diaz,

3 speciifically, and all the named defendants and doe defendants, 1-200, inclu. collect-

4 ively, and meet with defendants A. Tam and J. Boddie without plaintiff present.

**A.D. Moon v Valerie Gilpeer in Van Nuys Superior Court**

5   31.   Plaintiff filed a lawsuit against defendant V. Gilpeer and Gilpeer's law firm

6 for malpractice, albeit, compensatory and punitive damages. Defendant V. Gilpeer is

7 married to the Judge that was presiding over the matter. The case was unconstitu-

8 tionally dismissed as a result of defendants M. Murphy, R. Treu, C. Simpson, J. Plum,

9 Y. Palazuelos's filing of a false order deeming plaintiff to be a vexatious litigant.

10 defendant M. Murphy  prepared, offered and filed the order on April 1, 2008, to pre-

11 vent plaintiff from transferring case no. BC340942 to the Federal jurisdiction, de-

12 fendant M. Murphy is also a served defendant in the case, and illegally  was presiding

13 over the case, doe defendant, supervising Judge of the Van Nuys Superior Court, with-

14 jurisdiction dismissed the case.   This illegal dismissal cost  plaintiff upward of

15 of $500,000.00 in compensatory damages and $1,000,000.00 in punitive damages.   There

16 were more defendants in the case.

**A.D. Moon v. J. Boddie, parental case in Central District family Court**

17   32.   Plaintiff filed a parental custody case in the Central District thereafter,

18 when defendants N. Pollard, A. Tam, J. Boddie, doe defendant, supervising Judge of the

19 Santa Ana Superior court dismissed plaintiff's case.   Defendants J. Boddie, A. Tam,

20 T. Lewis, M. Murphy, Y. Palazuelos, S. Gordon, R. Diaz and doe defendants, 1-200,incl.

21 was conspiring to dismiss the case based on the false order deeming plaintiff to be a

22 vexatious litigant, prepared, offered and filed in the Superior court, Central District

23 by defendant M. Murphy,  Plaintiff had retained an attorney on the last day, August 13

24 2009,  and plaintiff, also filed an appeal in case no. BC315492, in defendant Y. Pala-

25 zuelos, disqualified Judicial officer. Plaintiff was arrested by defendant D. Watters

26 latter that day in case entltled People v Moon, case no. BA360311. Plaintiff believes

27 and based on that belief that the head shot caller of C.C.B. inc. directed defendant

28 D. Watters and W. Mueller, D. Baker, C. Mitchell to arrest plaintiff immediately!

33.     On or about March 2009, at separate times, the Pasadena District attorneys office, the Lancaster District Attorneys office informed named defendants and does 1-200 inclu. that their  that the defendants did not have cause for criminal cause of action against plaintiffs.     Defendants, specifically, E. Berle, U.Usher, W. Mueller, D. Baker, J. Williams, jr.,M. Murphy, J. Boddie, D. Watters, J. Garbutt, G. Session, C. Simpson, Y. Palazuelos, S. Ruiz, N. Miramontes, John Boddie, R. Slusher, that these were civil claims and not criminal, especially, of the more then eight (8) pending civil pending lawsuits against defendants , who were defendants in the eight (8) pending civil cases.     All named defendants and does defendants 1- 200, incl. came up with an ellaborate and sophisticate organized criminal scheme, conspiracy to consolidate all the civil claims and illicitly validate them as criminal cliams.  Specifically, most cliams were outside of the jurisdiction of Los Angeles District attorneys office.

34.     On or about July 2009, plaintiffs got wind of this ellaborate scheme and contacted defendant Dennis Watters, detective of C.C.B. inc. to inform of plaintiffs knowledge of this scheme and requested to meet with the rogue sheriff detective, plaintiffs informed defendant D. Watters that the documents in question were filed inadvertantly and that there were major concerns as to the actual owners of the properties in question, and that plaintiffs would be filing criminal reports with the local sheriff department, which by the way was made of defendants and doe defendants in this verified complaint. Defendant D. Watters was aware of these facts, due to the fact, that the rogue sheriff detective had meet with Anthony Monjet on or about June 2009, and threatened Anthony Monjet not to inform  plaintiffs of this devious  criminal conspiracy.   Anthony Monjet very familiar with the tactics of rogue sheriffs and the C.C.B. inc. organize crime syndicate informed plaintiffs.   plaintiffs scheduled meeting with rogue sheriff detective,defendant D. Watters, was set for August 14, 2009, at the Altadena Sheriff department with Lieutenant Sanchez, defendant, at 11:00a.m. On August 13, 2009, on the orders of C.C.B. inc. the rogue sheriff detective, defendant D. Watters and more rogue sheriff officer arrest plaintiff leaving his house.

(57)

Count TWO : CAMPAIGN OF HARASSMENT RETALIATORY CONDUCT

35.   Plaintiffs reallege and incorporated by referrence paragraphs 8 through 34.
J. Garbutt et al v A.D. MOON , case no. GC 040442,GC040261,

36.      On or about, January 2008, defendants C. Simpson, J. Plum, U. Usher, J. Gar-
butt, R. Slusher, G. Session, doe defendant supervising Judge in Pasadena Superior
court, doe defendant court filing clerk in the filing room, prepared, offered and
filed with the Superior courts, the above-mentioned case no. GC040442,GC040261.
doe defendant filing clerk was directed by defendant C. Simpson to assign the two
cases to defendant C. Simpson 's courtroom even though there is a  rotating assign-
ment of cases and the cases were filed two months apart.  Defendant C. Simpson had
been disqualified in several cases to preside over any cases where plaintiffs were
a party to the action.   Plaintiffs filed timely peremptory challenges in both cases
and doe defendant supervising Judge denied the peremptory challenges on behalf of
defendant C. Simpson.    Defendants C. Simpson, U. Usher, J. Garbutt, R. Slusher, G.
Session,  without jurisdiction with gross deliberate indifference while plaintfiffs
execising  their constitutional rights in their protected conduct, adversely entered
default judgments on both cases criminal larceny, in the amount in excess of $3,000,
000.00 dollars.   Doe defendant filing clerk, prepared, offered and filed with the
Pasadena Superior courts , the false documents.

J. GARBUTT, et al v A.D. MOON,et al, case no. GC037352

37.   On or about January 2008, defendants C. Simpson, U. Usher, j. Garbutt, R. Slusher
G. Session, without jurisdiction held a motion for new trial, defendant G. Session
had defected from the rogue defendants C. Simpson, U. Usher, J. Garbutt, R. Slusher
and wanted a new trial, defendant G. Session was not happy with the settlement agree-
ment.  Defendent G. Session up to this day was in agreement with plaintiffs on the
matter of the pending appeal with the Court of appeals, with defendants P.J. Boren,
Frances Rothchilds, and doe defendants clerks of Division P., 2 and 3.   Defendant
G. Session had given plaintiffs premission to sign his name on the initial appeal
request. ( The controling signature on  the document was plaintiffs,(Petitioners) co-
petitioner, defendant G. Session's signature was not material in the filing of the
document with defendants P.J. Boren and Frances Rothchilds)

38.     On or about October 30, 2008, defendants P.L. Boren and Frances Rothchilds, with gross deliberate indifference, in a retaliatory action dismissed plaintiffs appeal armed with the knowledge that defendants C. Simpson, U. Usher, J. Garbutt, R. Slusher, G. Session, J. Boddie, A. Tam were bringing a motion to sale plaintiffs primary property on the following Monday, on or about November 2, 2008.   At the hearing on Nov. 2, 2008, all named defendants and doe defendants already were apprised of this illicit and orgainized criminal act by C.C.B.inc.

**A.D. MOON, Debtor, Chapter 13 filing in Central District  Bankruptcy Court**

39.     On or about April 2009, plaintiffs filed a chapter 13, bankruptcy to stave off the vicious attacks of C.C.B. inc.   The case was dismissed with a (180) day bar on refiling any other bankruptcy chapter, including a chapter 7.   A timely appeal was filed to stay any actions  provided by Federal Laws, coupled with the appeal filed in in  superior case no GC037352 with the defendants P.J. Boren, F. Rothschild, and doe defendants in the Court of Appeals 2nd Appellate District.

40.     on or about June 2009, defendants U. Usher, A. Tam, J. Garbutt, R. Slusher, G. Session, C. Simpson, William little, doe defendant rogue sheriff officer, illegally and unconstitutionally, seized plaintiffs primary residence, even after plaintiff filed legal documents with the Sheriff  property sales division precluding sale of the property. ( stays were in force with the U.S. Bankruptcy court and the Court of Appeals) Doe defendant rogue sheriff property sales division stated that she was aware that what she had done (illegal turn-over of plaintiffs property) was illegal, but stated that her hands were tied, that forces of a higher power then she was in control. plaintiffs believe and based on  this belief that the higher power doe defendant rogue sheriff of the property division was referring to was the notorious C.C.B. inc. Klan.

**People v. Moon, case  no. BA360311**

41.     On or about September 2, 2009, defendants D. Baker, W. Mueller, D. Watters, were trying to get pliantiffs to deny that the documents presented to the doe defendant rogue sheriff property sales division clerk on or about June 7, 2009, were not authentic, C.C.B. inc did not prevail in this matter. (the document legally should have STAYED the sale of plaintiffs primary property sold to defendants U. Usher, R. Slusher,

1  A.Tam, J. Boddie, W. Little on June 10, 2009. To which is also illegal and uncon-

2  stitutional.  The property can not be sold to the defendants.

**William little v A.D. MOON, in Pasadena Superior Court, Dept. N**

3  42.  Defendants W. Little, doe defendant, presiding Judge ( C.C.B. inc. member)

4  and doe defendant, court clerk, without jurisdiction illegally evicted plaintiffs from

5  plaintiffs primary property. Plaintiff believes and based on this belief that rogue

6  Judges, defendants C. Simpson, J. Plum, M. Murphy, Y. Palazuelos, R. Treu, D. Gaffy,

7  R. Fruin, R. Diaz, specifically gave the order.  Case entitled People v Moon, case

8  no. 9PS00443-01 was also in the inchoate stages in this department, the doe defendant

9  presiding Judge at the time on or about November 2009, imposed a $100,000.00 excessive

10  bail in collusion with defendants C. Mitchell, bail amount in the other case no.

11  BA360311 being $550,000.00,  The District attorney (prosecutor in the case) objected

12  to the gross deliberate indifference of the rogue Judge. Plaintiff, was released on

13  his own recognizance in the case since the advent of the case.  Plaintiffs believe

14  and based on this belief this was the campaign of harassment and kidnapping inflict on

15  plaintiffs, C.C.B. inc. end game to keep plaintiff falsely imprisoned for a long as

16  possible, even to plaintiffs death.

**Wachovia v A.D. Moon, Case no. 10C00562**

17  43.  On or about March 23, 2010, defendants C. Simpson, T. Prenovost and doe de-

18  fendant -, filing clerk, prepared, offered and file in the Superior court, a false

19  pleading, complaint.  Defendants , all above-named falsely claimed that plaintiff

20  was in possession and would not release the property to defendants,  furthermore,

21  doe defendant filing court clerk assigned this case to defendant C. Simpson's court-

22  room bypassing the rotation system and armed with the knowledge that defendant C. Simp-

23  son was barred from hearing or presiding over any case where plaintiff was a party to

24  the action,  plaintiff knows the doe defendant filing clerks first name to be Annie,

25  last name eludes plaintiff at this time.  A case management conference was set on

26  August 13, 2010, exactly on the day, one year prior that plaintiff was kidnapped by

27  C.C.B. inc., vicariously through their enforcement leg, the Los Angeles Sheriff de-

28  partment.  Plaintiff was served with the summons and complaint while kidnapped at the

**COUNT THREE:   UNCONSTITUTIONAL SEIZURE OF PERSONAL AND PRIVATE PROPERTY.**

Plaintiffs realleges and incorporates by reference paragraphs 35 through 43.

1  Los Angeles county jail, served on April 14, 2010, by defendant Kevin Mckesson

2  who apparrently was a known member of C.C.B. inc. Defendant K. Mckesson in=

3  tervined into the cases on or about December 4, 2009, when plaintiff had re=

4  moved defendant Christopher Darden from the cases on the same day. Defendant

5  K. Mckesson's job was to keep plaintiff under the control of C.C.B. inc.

**A.D. MOON v A. Mcfarland, J. Williams et al   BC315492**

6  44.    On or about March 2009, defendant Y. Palazuelos without jurisdiction

7  held hearings, defendant Y. Palazuelos had imposed sanctions on defendants

8  J. Williams, A. Mcfarland, M. Mcfarland in excess of $1,000.00 in March 2008,

9  defendant failed to report these imposed sanctions on defendant J. Williams,

10  to the State Bar association, nor defendant Y. Palazuelos, misconduct to the

11  Commission on Judicial performance. Defendant Y. Palazuelos vacated the san-

12  ction in excess of $1,000.00 , after one year of the defendants William, A.

13  Mcfarland, M. Mcfarlands non-payment and tried to bribe the plaintiff by stat-

14  ing that defendant Y. Palazuelos would forego sanctions against the plaintiff

15  if plaintiff would opt to a court trial instead of a jury trial. (open court)

16  Defendant Y. Palazuelos during many hearing in this case would summons the

17  C.C.B. inc. inforcement leg , the rogue sheriff officers ususal (10) at a

18  time to sit and stand inside the courtroom to imtimidate plaintiff, one known

19  rogue sheriff officer, Def.Sgt.Jordon would was assigned detail over plaintiff

20  while kidnapped in the Los Angeles County Jail. Def.Sgt. Jordan and his gang would

21  turn off the phones when ever plaintiff was in court in the cage awaiting a

22  hearing or trial. Plaintiff believes and based on this belief due to the

23  fact that other plaintiffs would say everytime you leave they turn the phones

24  back on and everytime you return the phones immediately go off. Defendant Sgt.

25  Jordon was put in place by C.C.B. inc, at my criminal cases as well.

**A.D. MOON v M. Murphy, Cade, Usher et al, case no. BC340942**

26  45.    After, January 2009, defendant M. Murphy without jurisdiction in her

27  official capacity with gross deliberate indifference dismissed judgment de-

28  faults in excess of $2,000,000.00 and used the enforcement leg of C.C.B. inc.

COMPLAINT

1  Defendants M. Murphy, U. Usher, G. Murray, R. Treu, Y. Palazuelos
2  C. Simpson, J. Plum, R. Truin, E. Smalley, R. Diaz, P. Nieto, T.
3  Lewis, E. Berle, S. Gordon, A. Tam, without jurisdiction and
4  with gross deliberate indifference in retaliation would not allow
5  plaintiffs to use any dicover devices, or allow plaintiffs abso-
6  lutely , no discovery at all.
7  46.    On or about March 2009, Defendants U. Usher, J. Garbutt,
8  R. Slusher, doe defendant attorney respresenting defendants U.
9  Usher, J. Garbutt, R. Slusher final appeared at a deposition,
10  Defendant J. Garbutt, R. Slusher assulted plaintiffs with a
11  deadly weapon and fleed the deposition, minutes latter defendant
12  R. Slusher phoned plaintiffs and threaten that if plaintiff kept
13  execising plaintiffs constitutional rights that defendants J.
14  Garbutt, R. Slusher would contract their cousin, a known King
15  Pin, drug dealer, to get plaintiff.    Plaintiff filed a police
16  report with defendant Lieutenant Sanchez, rogue sheriff of the
17  Altadena Sheriff department, who engaged the Pasadena District
18  attorneys office who would not prosecute the defendants J.Garbutt,
19  R. Slusher, U. Ulsher, but absolutely filed criminal charges
20  against plaintiffs against the behest of the notorious C.C.B. inc.
21  Defendants would testify to these facts latter in case entitled
22  People v Moon, case no. BA332095.
23  47.    Named defendants and does 1- 200 inclusive, would impose
24  adversely sanctions on pliantiffs when plaintiffs tried vehementl
25  to execise plaintiffs constitutional rights to discover, defend-
26  ants T. Lewis adversely imposed a sanction of $2100.00, defend-
27  ant Y. Palazuelos imposed sanctions in excess of $3,000.00, De-
28  fendant M. Murphy would not imposed sanctions against named

COMPLAINT

1    defendants in case no. BC 340942, to which M. Murphy is a de-

2    in the case,  Defendant R. Fruin -, without jurisdiction failed

3    to sanction defendants U. Ulser, R. Slusher, J. Garbutt in case

4    no. Bc367789, and would not  allow plaintiffs to absolutely any

5    discovery, defendant C. Simpson without any jurisdiction wold not

6    absolutely allow plaintiffs any discover of defendants J. Williams

7    A. Mcfarland, M. Farland, U. Usher, R. Slusher, J. Garbutt.

8    All the civil cases previously mentioned in this Verified(class

9    action complaint were pending prior to the Kidnapping(false Im-

10   prisonment) of pLaintiffs on March 23, 2009 and August 23, 2009.

11   48.   On or about November 2009, defendants W. Little, U. Usher,

12   J. Boddie, A. Tam, R. Slusher, J. Garbutt, John Boddie, C. Lott,

13   stole (grand larceny) and illegally seized plaintiffs personal

14   property in plaintiffs primary residence valued at $500,000.00.

15   When defedant were approached about this fact by Tommy Gillespie

16   the C.C.B. inc. members replied,"You will just have to testify

17   againist use in court."  Tommy Gillespie had video tape the

18   whole crime.   Plaintiffs reported this crime with Lieutenant

19   Sanchez but, nothing was ever done.

20   49.  On or about October 24, 2009, Plaintiffs via Tommy Gillespie

21   filed criminal compalints withe defendant Lieutenant Sanchez of

22   (C.C.B. inc. ) Altadena sheriff department, regarding the grand

23   theft of plaintiffs personal and real properties from 431, 441 E.

24   Woodbury Rd, Altadena, Ca., by defendants C. Simpson, U. Ulsher,

25   R. Slusher, J. Garbutt, R. Slusher, A. TAm, J. Boddie, and does

26   defendants and notihing was ever done and no report was made,

27   even after several inquires by plaintiffs, additionally, the

28   crimes were reported to the Los Angeles District Attorneys office

COMPLAINT

1   with defendants D. Baker, W. Mueller, Chis Rentie, Peter Rosen-

2   thal, and the Attorney General office Jerry Brown, defendant.

3   Defendant Jerry Brown was subpoenaed to attend three(3) motions

4   to disqualify the Los Angeles District attorneys office (Wholly)

5   and defendants C. Mitchell, L. Swain, never would issue a notice

6   to appear ( bench warrant) for the defendant J. Brown's appear-

7   ance.

**People v A.D. MOON, case no. BA360311,**

8   49.    All named defendants and does defendants 1-200,inclusvie,

9   (C.C.B. inc.) in their continual campaign of harassment and ad-

10   verse action (wiles of the Devil) against the directive of the

11   Pasadena, Lancaster and the pertinent factions of the Los Angeles

12   District attorneys office kidnapped (falsely arrested) plaintiffs

13   on August 13, 2009.  (see V(CC)C pg.57,lns 24-28)

14   50.    Defenants U. Usher, A. Tam, J. Garbutt, R. Slusher,W.Little,

15   C. Simpson, G. Session, J. Boddie, John Boddie, C. Lott., divided

16   of the proceeds of plaintiffs primary residence and defendant

17   W. Little still has illegal possession of the stolen property.

18   51.    Defendants P. Rosenthal, U. Usher, J. Garbutt, R. Slusher,

19   A. Tam, W. Little, divided up the proceeds of the illegal sale

20   of property located at 411 and 431 E. Woodbury Rd, Altadena, Ca.

21   and defendant W. Little is still in possession of this stolen

22   real property.

23   52.    Defendants U. Usher, A. Tam, J. Garbutt, R. Slusher, K.

24   Herrera, G. Murray, R. Treu, D. GAffy, D. Yourist, B. Yourist,

25   illegally sold plaintiffs property and illegally seized plaintiffs personal

26   property located at 441-443 East Woodbury Rd, Altadena, Ca.  These defendants

27   divided the proceeds and defendant W. Little is still in possession of the

28   stolen property.

COMPLAINT

COUNT FOUR:   DENIAL OF ACCESS TO THE OUTSIDE WORLD COURTS LIBRARY
People v A.D. MOON, case no. BA360311

1    53.      On or about August 14, 2009, plaintiffs were arrained
2    on the false charges.   Defendants doe Judge in dept. 30 at the
3    behiest of defendant  W. Mueller and D. Baker, who stated that
4    that plaintiffs needed a bail hold placed on them, due to the
5    fact that defendants were trying to keep plaintiffs incarcerated
6    Defendents W. Meuller and D. Baker lied and stated that plaintiffs havd fail-
7    lure to appear.

8    54.   On or about August 31, 2009, defendants C. Mitchell, W. Mueller, D.
9    Watters, D. Baker threatened the bail bonds company to not attend a motion to
10   release bail hold . the defendants took illegally took possession of the bail
11   bonding company's notary book and  threatened to investigate the bail bonds
12   company ( Alladden) if they showed to the hearing.
13   55. On or about September 2, 2009, another bail hold hearing was conducted.
14   Plaintiffs filed a peremptory challenge, timely and proper against defendant
15   C. Mitchell but defendant C. Mitchell failed to disqualify himself.  The
16   rogue Judge defendant C. mithcell denied the motion to release the bail hold
17   mockenly the defendants Mueller, Baker, Watters forced their perilous  will
18   on the bail bonding company and told them not to return on behalf of plain-
19   tiffs. Defendant  F. Fugimoto, was fired  to represent  plaintiffs and was
20   present at the hearing , obstructing justice ordered by defendant C. Mitchell
21   56.   Plaintiffs request that the court take judicial notice of attached
22   Exhibit 1, pp. 001-215, Prison law library has cut plaintiff short of com-
23   pleting this fourth count, fully , Plaintiff with amend to plead fully.
24   57. The plaintiffs have no plain adequate or complete remedy at law to re-
25   dress the wrongs described herein.  Plaintiffs has been and will continue to
26   be irreparably injured by the conduct of the defendants unless the court
27   grants the declaratory and injunctive relief which plaintiffs seeks.
28   PlaINTIFFS plan to seek leave of court to amend this Verified (CA) complaint

COMPLAINT

**PRAYER FOR RELIEF:**

**WHEREFORE,**   PLAINTIFFS respectfully prays that this court enter judgment granting plaintiffs;

I.      A Declaration that the acts and ommissions described herein violated plaintiffs's rights under the constitution and laws of the United States of America.

II.     A preliminary and permanent injunction ordering defendants {named and does 1-200, inclusive,) to release plaintiffs from State prison, stop denying access to the outside world, access to courts, access to law library, stop retaliatory conduct, excessive abuse and violance, administrative malfeasance, ministerial acts without jurisdiction, accepting bribes for judicial promises, false reporting, prejury under oath, and albeit all cliams grieved in this instant verified complaint. (class action)

III.    Compensatory damages in the amount of $ 300,000.00 against each defendant, specifically, $ 3,000,000.00 against defendant Mary Murphy, $ 800,000.00 against defendant Yvette Palazuelos, $ 1,000,000.00 against defendent Rolf Treu, $800,000.00 against defendant John Williams, jr., $3,000,000.00 against defendants Ulric Usher, Juanita Garbutt, Rhona Slusher, $1,000,000.00 against defendant Anthony Tam, jointly and severally.

IV.     Punitive damgages in the amount of $10,000,000.00 or the amount doubled in compensatory damages ordered against all defendants, collectively.

V.      A Jury Trial on all issues triable by Jury.

VI.     plaintiffs's cost in the suit, attorney fees, Nominal damages not to exceed $1.00 from each defendants and does 1- 200 inclusive.

VII.    Any additional Relief that this court deems just, proper, and equitable.

**VERIFICATION**

[W]e have read the foregoing complaint and hereby verify that the matters alleged herein are true, except as to matters alleged or information and belief, and,as to those, we believe them to be true.    ]W]e certify under penalty of perjury that the foregoing is true and correct.

Executed at Delano, Ca. on the 30th day of January 2012.

Adrian Moon, et al  plaintiffs in Pro Se

$ 05.90°
FEB 13 2012
MAILED FROM ZIP CODE 03215

Priority Mail
USPS.com

FEB 1 4 2012
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FEB 1 4 2012
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

United States District - Central Courts

Attn; Pro Se Clerk Rm G-8

312 North Spring Street

Los Angeles, California 90012-4793

1983

N.K.S. P. Co Adrian Nuon AT0555 A-2-223L
2737 West Cecil Ave | P.O. Box 5000
Delano, CA 93216-5000

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107R, January 2008



R. Contreras NKSP Sr. Librarian